**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TARA YANTIS,**

    Plaintiff,

**CASE NO.   1:11-CV-35**

-vs-

**Judge Timothy S. Black**

**STATE OF OHIO, SOUTHERN OHIO CORRECTIONAL FACILTIY,** *et al.,*

    Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]   Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 10) is **GRANTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  July 23, 2012                        **JAMES BONINI, CLERK**

                                    By: *s/ M. Rogers*
                                    Deputy Clerk